BERNHARD VOGEL, Plaintiff, *v.* SIMON NACHEMSON et al., Defendants.

MINNIE SABLE, Appellant; JENNIE NACHEMSON, Respondent.

*Vogel v. Nachemson,* 137 App. Div. 200, affirmed.
(Submitted June 1, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1910, which reversed an order of Special Term directing distribution of certain surplus moneys remaining in the hands of a receiver appointed in foreclosure proceedings.

*Herman Kahn* for appellant.

*Louis L. Kahn* for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.